Order entered September 21, 2015



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01381-CR

## WILLIAM SEDRIC AUTREY, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-81194-10**

# ORDER

The Court **DENIES** appellant's September 17, 2015 pro se motion to dismiss appellate

counsel. *See Buntion v. Harmon*, 827 S.W.2d 945 (Tex. Crim. App. 1992); *Sampson v. State*,

854 S.W.2d 659 (Tex. App.–Dallas 1992, no pet.); *see also Martinez v. Court of Appeals of Cal.,*

*Fourth Appellate Dist.*, 528 U.S. 152 (2000).


/s/     ADA BROWN
         JUSTICE

RECEIVED IN
COURT OF APPEALS, 5th DIST.

OCT 05 2015

LISA MATZ
CLERK, 5th DISTRICT



## Court of Appeals
### Fifth District of Texas at Dallas
George L. Allen Sr. Courts Building
600 Commerce Street, Suite 200
Dallas, Texas 75202

N TEXAS
DALLAS 750
22 SEP '15
PM 11 L



UNITED STATES POSTAGE
PITNEY BOWES
02 1P                $ 000.48⁰
0000856274      SEP 21 2015
MAILED FROM ZIP CODE 75201

NIXIE        750    SC 1            0009/29/15
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC:  7520266315Ø      *1334-Ø3566-22-33

75202 06631